UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH MANN, also known as BHADAR SINGH,<br><br>             Petitioner,<br><br>    vs.<br><br>ERIC HOLDER, et al.,<br><br>             Respondents. | Case No.: 12-CV-04712-YGR<br><br>**ORDER REGARDING EMERGENCY REQUEST FOR STAY OF DEPORTATION AND GRANTING PRO HAC VICE APPLICATION** |

Petitioner, a native and citizen of India, is in the custody of Immigration & Custom Enforcement in Bakersfield, California. Petitioner has filed a Petition for Writ of Habeas Corpus and Emergency Request for Stay of Deportation.

The Court understands from the United States Attorney's Office that it will not be "moving" Petitioner until September 24, 2012. The Court further understands that counsel for Petitioner is presently meeting and conferring with the United States Attorney's Office regarding whether an agreement can be reached regarding Petitioner's deportation.

Petitioner is hereby **ORDERED** to serve Respondents immediately with all filings and to conclude the meet and confer process. The parties are further **ORDERED** to confer on a briefing schedule so that the Court can address the request for stay of deportation in a timely fashion. The parties shall present the schedule to the Court as a stipulation and proposed order. The parties' briefings must address the issue of jurisdiction.

The Application for Admission of Attorney Pro Hac Vice by Saad Ahmad is hereby **GRANTED**. This Order terminates Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: September 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**