1  MELINDA L. HAAG
   United States Attorney
2  ALEX G. TSE, CSBN 152348
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7124
6      FAX: (415) 436-7169

7  Attorneys for Respondents

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               OAKLAND DIVISION

11 BALDEV SINGH MANN a.k.a            )
   BHADAR SINGH,                      )  No. C 12-4712 YGR
12                                    )
                 Petitioner,          )
13                                    )  **FURTHER STIPULATION TO RESET**
           v.                         )  **BRIEFING SCHEDULE; AND**
14                                    )  [~~PROPOSED~~] **ORDER**
   ERIC HOLDER, U.S. Attorney General;)
15 JANET NAPOLITANO, Secretary of the )
   Department of Homeland Security;   )
16 TIMOTHY AITKEN, Field Director of  )
   Detention and Removal of Immigration &)
17 Customs Enforcement,               )
                                      )
18               Respondents.         )
                                      )
19 

20     On September 10, 2012, Petitioner has filed a Petition for a Writ of habeas Corpus and

21 Emergency Request for Stay of Deportation. (ECF No. 1). On September 17, 2012, the parties

22 agreed to a briefing schedule. (ECF No. ). Petitioner has been detained by the Immigration and

23 Customs Enforcement since September 4, 2012. Respondents contend his detention is currently

24 mandatory under 8 U.S.C. § 1231.

25     Petitioner was interviewed by the United States Citizenship and Immigration Services on his

26 application for adjustment of status on October 4, 2012. Respondents have agreed not to remove

27 Petitioner prior to October 31, 2012. In order to allow United States Citizenship and Immigration

28 Services more time to consider the application for relief from removal and to see if this matter can

Stipulation to Reset Briefing Schedule
C12-4712 YGR                              1

1 | be resolved without further litigation, the parties ask that the briefing schedule be reset as follows:

2 |     Respondents' Opposition:          October 22, 2012

3 |     Petitioner's Reply and Traverse:      October 29, 2012

5 | Date: October 9, 2012                      Respectfully submitted,

6 |                                     MELINDA L. HAAG
                                    United States Attorney

8 |                                     _____/s/_____
                                    ILA DEISS

9 |                                     Assistant United States Attorney

12 | Date: October 9, 2012                      _____/s/_____
                                    SAAD AHMAD

13 |                                     Attorney, *pro hac vice*, for Petitioner

16 | **ORDER**

17 |    Pursuant to stipulation, IT IS SO ORDERED.  This Order terminates Dkt. No. 11.

19 | Date:  October 10, 2012                     _____
                                    YVONNE GONZALEZ ROGERS

20 |                                     United States District Court Judge