MELINDA L. HAAG
United States Attorney
ALEX G. TSE, CSBN 152348
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BALDEV SINGH MANN a.k.a BHADAR SINGH,<br><br>    Petitioner,<br><br>v.<br><br>ERIC HOLDER, U.S. Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; TIMOTHY AITKEN, Field Director of Detention and Removal of Immigration & Customs Enforcement,<br><br>    Respondents. | No. C 12-4712 YGR<br><br>**FURTHER STIPULATION TO RESET BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    On September 10, 2012, Petitioner has filed a Petition for a Writ of habeas Corpus and Emergency Request for Stay of Deportation. (ECF No. 1). On September 17, 2012, the parties agreed to a briefing schedule. (ECF No. ). Petitioner has been detained by the Immigration and Customs Enforcement since September 4, 2012. Respondents contend his detention is currently mandatory under 8 U.S.C. § 1231.

    Petitioner was interviewed by the United States Citizenship and Immigration Services on his application for adjustment of status on October 4, 2012. Respondents have agreed not to remove Petitioner prior to October 31, 2012. In order to allow United States Citizenship and Immigration Services more time to consider the application for relief from removal and to see if this matter can

Stipulation to Reset Briefing Schedule
C12-4712 YGR                        1

be resolved without further litigation, the parties ask that the briefing schedule be reset as follows:

| | |
|---|---|
| Respondents' Opposition: | October 22, 2012 |
| Petitioner's Reply and Traverse: | October 29, 2012 |

Date: October 9, 2012                              Respectfully submitted,

MELINDA L. HAAG
United States Attorney


_____/s/_____
ILA DEISS
Assistant United States Attorney


Date: October 9, 2012                              _____/s/_____
SAAD AHMAD
Attorney, *pro hac vice*, for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  This Order terminates Dkt. No. 11.

Date:   October 10, 2012

YVONNE GONZALEZ ROGERS
United States District Court Judge

Stipulation to Reset Briefing Schedule
C12-4712 YGR                              2