1  MELINDA L. HAAG
   United States Attorney
2  ALEX TSE
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-7124
6     FAX: (415) 436-7169

7  Attorneys for Respondents

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 BALDEV SINGH MANN a.k.a           )
   BHADAR SINGH,                     )  No. C 12-4712 YGR
12                                   )
                Petitioner,           )
13                                   )  **STIPULATION TO RESET BRIEFING**
          v.                         )  **SCHEDULE; AND [PROPOSED] ORDER**
14                                   )  **(AS MODIFIED BY THE COURT)**
   ERIC HOLDER, U.S. Attorney General; )
15 JANET NAPOLITANO, Secretary of the )
   Department of Homeland Security;  )
16 TIMOTHY AITKEN, Field Director of  )
   Detention and Removal of Immigration & )
17 Customs Enforcement,               )
                                     )
18              Respondents.          )
                                     )
19

20     On September 10, 2012, Petitioner has filed a Petition for a Writ of habeas Corpus and

21 Emergency Request for Stay of Deportation. (ECF No. 1). Respondents had agreed not to remove

22 Petitioner prior to October 31, 2012. On October 30, 2012, the Court granted Petitioner's stay

23 request until November 6, 2012, and directed the parties to brief whether the habeas petition is

24 moot in light of the agency's issuance of a Notice of Intent to Deny ("NOID") the adjustment of

25 status application. (ECF No. 16). On November 1, 2012, Petitioner indicated that he intends to

26 submit evidence to the agency within the 30 days permitted by the NOID and contends that for

27 now, the petition is not moot. (ECF No. 17).

28
   Stipulation to Reset Briefing Schedule
   C12-4712 YGR                              1

In order to allow United States Citizenship and Immigration Services time to consider any response to the NOID and to see if this matter can be resolved without further litigation, Respondents agree not to remove Petitioner to India before November 26, 2012 and Respondents ask for additional time to reply to Petitioner's November 1, 2012 submission:

    Respondents' Reply:                      November 26, 2012

Date: November 2, 2012                    Respectfully submitted,

                                        MELINDA L. HAAG
                                        United States Attorney

                                        _____/s/_____
                                        ILA DEISS
                                        Assistant United States Attorney

Date: November 2, 2012                    _____/s/_____
                                          SAAD AHMAD
                                        Attorney, *pro hac vice*, for Petitioner

## ORDER

In light of the parties' Stipulation, and good cause showing, Respondents' Reply is due November 26, 2012. Petitioner's deportation is stayed until <u>November 30, 2012.</u> Respondents' may not remove Petitioner from the United States prior to this date. This Order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Date:  November 2, 2012                    _____
                                        YVONNE GONZALEZ ROGERS
                                        United States District Judge