MELINDA L. HAAG
United States Attorney
ALEX TSE
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BALDEV SINGH MANN a.k.a BHADAR SINGH,<br><br>Petitioner,<br><br>v.<br><br>ERIC HOLDER, U.S. Attorney General; JANET NAPOLITANO, Secretary of the Department of Homeland Security; TIMOTHY AITKEN, Field Director of Detention and Removal of Immigration & Customs Enforcement,<br><br>Respondents. | No. C 12-4712 YGR<br><br>**STIPULATION TO RESET BRIEFING SCHEDULE; AND [PROPOSED] ORDER (AS MODIFIED BY THE COURT)** |

On September 10, 2012, Petitioner has filed a Petition for a Writ of habeas Corpus and Emergency Request for Stay of Deportation. (ECF No. 1). Respondents had agreed not to remove Petitioner prior to October 31, 2012. On October 30, 2012, the Court granted Petitioner's stay request until November 6, 2012, and directed the parties to brief whether the habeas petition is moot in light of the agency's issuance of a Notice of Intent to Deny ("NOID") the adjustment of status application. (ECF No. 16). On November 1, 2012, Petitioner indicated that he intends to submit evidence to the agency within the 30 days permitted by the NOID and contends that for now, the petition is not moot. (ECF No. 17).

Stipulation to Reset Briefing Schedule
C12-4712 YGR                                                    1

In order to allow United States Citizenship and Immigration Services time to consider any response to the NOID and to see if this matter can be resolved without further litigation, Respondents agree not to remove Petitioner to India before November 26, 2012 and Respondents ask for additional time to reply to Petitioner's November 1, 2012 submission:

    Respondents' Reply:           November 26, 2012

Date: November 2, 2012           Respectfully submitted,

                                    MELINDA L. HAAG
                                    United States Attorney

                                    _____/s/_____
                                    ILA DEISS
                                    Assistant United States Attorney

Date: November 2, 2012           _____/s/_____
                                    SAAD AHMAD
                                    Attorney, *pro hac vice*, for Petitioner

## ORDER

In light of the parties' Stipulation, and good cause showing, Respondents' Reply is due November 26, 2012. Petitioner's deportation is stayed until <u>November 30, 2012.</u> Respondents' may not remove Petitioner from the United States prior to this date. This Order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Date: November 2, 2012           _____
                                    YVONNE GONZALEZ ROGERS
                                    United States District Judge