UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH MANN,<br>a.k.a. BHADAR SINGH,<br><br>Petitioner,<br><br>vs.<br><br>ERIC HOLDER, JANET NAPOLITANO, AND TIMOTHY AITKEN,<br><br>Respondents. | Case No.: 12-CV-04712-YGR<br><br>**ORDER REGARDING ADDITIONAL BRIEFING FROM RESPONDENTS** |

Pursuant to a briefing schedule ordered by the Court, Petitioner filed a response following the USCIS' Notice of Intent to Deny. (Dkt. Nos. 16 & 17.) Respondents filed their reply as required on November 26, 2012. (Dkt. Nos. 19 & 20.) Petitioner unilaterally filed a "renewed opposition" on November 28, 2012. (Dkt. No. 21.) Because Petitioner has raised new arguments therein, Respondents may file a renewed reply no later than 12:00 p.m. on Friday, November 30, 2012. Additional briefing beyond Respondents' renewed reply is not permitted.

**IT IS SO ORDERED**.

Dated: November 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**