UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BALDEV SINGH MANN,** | No. C 12-4712 YGR |
| Petitioner, | **JUDGMENT** |
| v. | |
| **ERIC H. HOLDER, JR., ATTORNEY GENERAL,** *et al.*, | |
| Respondents. | |

The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: October 10, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**